**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amber Marie Muirhead and Darrell Faqwan Deas,
Defendants,

Of whom Amber Marie Muirhead is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-000593

———————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————

Unpublished Opinion No. 2019-UP-313
Submitted August 23, 2019 – Filed August 29, 2019

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, and Melanie Carol Nicholson, of Law Office of Melanie C. Nicholson, of North Myrtle Beach, both for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan, PA, of Kingstree, for Respondent.

Michael Julius Schwartz, of Russel B. Long, PA, of Myrtle Beach, for the Guardian ad Litem.

---

**PER CURIAM:**  Amber Marie Muirhead appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Muirhead's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.